UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Philip Geary</u>

           v.                      06-cv-334-SM

<u>NH State Prison, Warden</u>

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated September 18, 2006, no objection having been filed, for the reasons set forth therein.   Plaintiff's Petition for Writ of Habeas Corpus is hereby dismissed without prejudice.

    SO ORDERED.

October  20,  2006                                _____
                                                      Steven J. McAuliffe
                                                      Chief Judge

cc:    Philip Geary.  pro se